# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**Clarence Maddox**
Court Administrator • Clerk of Court

301 North Miami Avenue
Miami, Florida 33128-7788
(305) 523-5100

## TRANSMITTAL LETTER

TO:     UNITED STATES DISTRICT COURT
        ONE COURTHOUSE WAY
        BOSTON, MASSACHUSETTS 02210

RE:     USA v ARCHIBALD MACLEOD
        Our Case No.  04-5154-LRJ

DATE:   JULY 13, 2004

===============================================================

The above-mentioned cause has been transferred to your jurisdiction pursuant to Rule 40

Please find enclosed the following documents:

_____   Original file

_____   Certified File (pertinent papers only)

__XX_____   Magistrate Proceedings -Original Pleadings

_____   CASH Bond  Amount $_____
            (Note:  Cash is not included in this transmittal and will
            be forwarded at a later date from the Financial Section)

Kindly acknowledge receipt of these documents by RECEIVE STAMPING the enclosed copy of this letter and sending it to:

UNITED STATES DISTRICT COURT
CLERK OF COURT
701 CLEMATIS STREET
WEST PALM BEACH, FLORIDA 33401

Yours sincerely

By _____
   Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-5154-LR

UNITED STATES OF AMERICA,

v.

Archibald MacLeod
_____

**WARRANT OF REMOVAL**

A(n)  __XX__ Complaint

      _____ Indictment

      _____ Supervised Release Warrant

having been filed in the _____ District of _Massachusetts_
charging the above named defendant with _21:846, 841(a)(1)_ and the
defendant having

      _____ surrendered

      __XX__ been arrested

in the Southern District of Florida, having had an initial
appearance before the Court and having:

      __XX__ waived further hearing

      _____ been given a hearing in
accordance with **Fed.R.Crim.P. 40**.
having not posted the bail as set by the Court, the
defendant is hereby committed to the custody of the United
States Marshal for removal to the District where the charge
is pending and delivery to the United States Marshal for
that District or his lawfully authorized representative.

**DONE AND ORDERED** at West Palm Beach, Florida this _12th_ day
of __July__, 2004.

TAPE NO. _LRJ-04-42-399_

UNITED STATES MAGISTRATE JUDGE
LINNEA R. JOHNSON

Stamps: FILED IN CLERKS OFFICE 2004 JUL 21 P 1:01 U.S. DISTRICT COURT DISTRICT OF MASS.; FILED by D.C. MAG. SEC. Jul 12, 2004 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. - W.P.B.

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-5154-LRJ

UNITED STATES OF AMERICA,

VS.

Archibald Macleod Jr.



## WAIVER OF RULE 40 HEARINGS
### (Excluding Probation Cases)

I, __Archibald Macleod, Jr.__, understand that in the ____ District of __Massachusetts__, charges are pending alleging violation of __21: 846 + 841(a)(.)__ and that I have been arrested in this District and taken before a United States Magistrate Judge who informed me of the charge and of my right to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel, (2) request transfer of the proceedings to this district pursuant to Rule 20, Fed. R. Crim. P., in order to plead guilty, (3) an identity hearing to determine if I am the person named in the charge, and (4) a preliminary examination (unless and indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held either in this district or the district of prosecution.

(✓) **I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):**
(✓) identity hearing
( ) preliminary examination
( ) identity hearing and have been informed I have no right to a preliminary examination
( ) Identity hearing but request a preliminary examination be held in the prosecuting district

and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charge is pending against me.

_____
Defendant

7/12/04
Date

_____
Defense Counsel

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-5154-LRJ

UNITED STATES OF AMERICA

    Plaintiff,

v.

ARCHIBALD F. MACLEOD, JR.
    Defendant.
_____/

FILED by _____ D.C.
MAG. SEC.
Jul 12, 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER ON INITIAL APPEARANCE

AUSA  Emalyn Webber                Language  ENGLISH
Agent  Ganesh - USMS                Tape No.  LRJ-04- 42-399

    The above-named defendant having been arrested on __7/12/04__ having appeared before the court for initial appearance on ____July 12, 2004____ and proceedings having been held in accordance with **F.R.C.P. 5 or 40(a)**, it is thereupon

    **ORDERED** as follows:

1. _____ appeared as permanent/temporary counsel of record.
   Address:_____
   Zip Code:_____ Telephone:_____
2. _Federal Public Defender_ appointed as permanent counsel of record.
   Address:  400 Australian Ave North  W.P.B Fl
   Zip Code: 33401   Telephone: 561-833-6288
3. The defendant shall attempt to retain counsel and shall appear before the court at 10:00 A.M. on __Removal__  N/A_____, 2004.
4. ~~PRELIMINARY/ARRAIGNMENT~~ is set for __Held_____, 2004.
5. The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. Section 3142 (d) or (f) because __of Gov't Request *__
   A detention hearing, pursuant to 18 U.S.C. Section 3142(f), is set for _____, 2004.
6. The defendant shall be release from custody upon the posting of the following type of appearance bond, pursuant to 18 U.S.C. Section 3142:
   * PTD not held. Deft has right to revisit PTD issue in Massachusetts

    This bond shall contain the standard conditions of bond printed in the bond form of this Court and, in addition, the defendant must comply with the special conditions checked below:
___a. Surrender all passports and travel document to the Pretrial Services Office.
___b. Report to Pretrial Services as follows:___times a week by phone, ___time a week in person;
    other: _____
___c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances prohibited by law.



___d. Maintain or actively seek full time gainful employment.
___e. Maintain or begin an educational program.
___f. Avoid all contact with victims of or witnesses to the crimes charged.
___g. Refrain from possessing a firearm, destructive device or other dangerous weapon.
___h. Comply with the following curfew: _____
___i. Avoid all commercial transportation facilities; no airports, no marinas, no bus terminals.
___j. Comply with the following additional special conditions of this bond:
_____

This bond was set: At Arrest _____
                   On Warrant _____
                   After Hearing _____

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is _____
_____

_____ If this space is checked, an evidentiary hearing pursuant to United States v. Nebbia, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forthherein or those later ordered by the court, the defendant is subject to arrest and revocation of release and to various civil and criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

**DONE AND ORDERED** at West Palm Beach, Florida, this 12th day of July, 2004.

_____
**UNITED STATES MAGISTRATE JUDGE**
LINNEA R. JOHNSON

c: Assistant U.S. Attorney
   Defendant
   Counsel
   U.S. Marshal
   Pretrial Services/Probation

# COURT MINUTES

U.S. MAGISTRATE JUDGE **LINNEA R. JOHNSON** DATE: 7/12/04   TIME: 10:00 AM -10:15 am

DEFT. ARCHIBALD MACLEOD (J)            CASE NO. 04-5154-LRJ

LANGUAGE: ENGLISH                      PRISONER NO:
AUSA. ~~EMALYN WEBBER~~ *John Kostrenakes*   ATTY. *Robert Adler AFPD*
                                       WARR/COMPLT/MASS/PWID OXYCODONE
AGENT. DEA                             VIOL. 21:841(a)(1)

PROCEEDING  INITIAL                    BOND. PTD (GOVT REQUEST)

FUTURE DATES _____

DISPOSITION  Defendant advised of rights;
Federal Public Defender appointed
Government requested Pretrial Detention
Pretrial Detention hearing not held.
Pretrial Detention hearing to be held in Massachusetts.
Defendant waived removal.
Defendant ordered removed forthwith.

FILED BY _____ D.C.
04 JUL 12 PM 12:45
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - WPB

DATE: 7/12/04                          TAPE: LRJ-04- 42-399

CLOSED

U.S. District Court
Southern District of Florida (W.Palm Beach)

CRIMINAL DOCKET FOR CASE #: 04-M -5154-ALL

USA v. Macleod                                                  Filed: 07/12/04
Dkt# in other court: None

Case Assigned to:  Magistrate Judge Linnea R. Johnson

```
ARCHIBALD F. MACLEOD, JR. (1)        Public Defender
     defendant                          [term   07/13/04]
  [term   07/13/04]                   FTS 833-0368
                                      [COR LD NTC pda]
                                      Federal Public Defender's
                                      Office
                                      400 Australian Avenue N
                                      Suite 300
                                      West Palm Beach, FL 33401-5634
                                      561-833-6288
```

Pending Counts:

   NONE


Terminated Counts:

   NONE



Complaints                                      Disposition

WARRANT & COMPLAINT from
District of Massachusetts
(Case      #04-1809-CBS)

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk
U.S. District Court
Southern District of Florida
By _____ Deputy Clerk
Date 7/13/04

Docket as of July 13, 2004 4:58 pm                    Page 1

Proceedings include all events.
9:04m 5154-ALL USA v. Macleod                                        CLOSED

ARCHIBALD F. MACLEOD, JR.

        defendant


=========================

USA

        plaintiff


U. S. Attorneys:

  NONE

Docket as of July 13, 2004 4:58 pm                                Page 2

Proceedings include all events.
9:04m 5154-ALL USA v. Macleod                                      CLOSED

| | | |
|---|---|---|
| 7/12/04 | -- | ARREST of Archibald F. Macleod Jr. (eg) [Entry date 07/13/04] |
| 7/12/04 | 1 | COPY OF WARRANT & COMPLAINT from District of Massachusetts (Case #04-1809-CBS) as to Archibald F. Macleod Jr. (eg) [Entry date 07/13/04] |
| 7/12/04 | 2 | Minutes of Initial held on 7/12/04 before Magistrate Judge Linnea R. Johnson as to Archibald F. Macleod Jr.; Court Reporter Name or Tape #: LRJ-04-42-399 (eg) [Entry date 07/13/04] |
| 7/12/04 | 3 | ORDER on Initial Appearance as to Archibald F. Macleod Jr. Bond set to Temp PTD; PTD not held - Defendant has right to visit PTD issue in Massachusetts., for Appointment of Public Defender, , ( Signed by Magistrate Judge Linnea R. Johnson on 7/12/04) Tape # LRJ-04-42-399 CCAP (eg) [Entry date 07/13/04] |
| 7/12/04 | 4 | WAIVER of Rule 40 Hearings by Archibald F. Macleod Jr. (eg) [Entry date 07/13/04] |
| 7/12/04 | 5 | WARRANT OF REMOVAL from Southern District of Florida to District of Massachusetts as to Archibald F. Macleod Jr. ( Signed by Magistrate Judge Linnea R. Johnson on 7/12/04) [EOD Date: 7/13/04] Tape # LRJ-04-42-399 CCAP△ (eg) [Entry date 07/13/04] |
| 7/13/04 | 6 | Transmittal Letter sent to District of Massachusetts in case as to Archibald F. Macleod Jr.. Documents Sent: 7/13/04 (eg) [Entry date 07/13/04] |