# FINANCIAL AFFIDAVIT
### IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23

IN UNITED STATES: ☒ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

IN THE CASE OF: **USA** vs. **ESPINOLA**
FOR: **MASS.**
AT: **WORC**

LOCATION NUMBER:

PERSON REPRESENTED (Show your full name): **Archibald MacLeod, Jr.**

1. ☒ Defendant—Adult
2. ☐ Defendant—Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other (Specify)

DOCKET NUMBERS
Magistrate: **04 MJ 1809**
District Court:
Court of Appeals:

CHARGE/OFFENSE (describe if applicable & check box →): ☒ Felony ☐ Misdemeanor
**21 USC § 846 + 841 (a)(1)**

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

### ASSETS

**EMPLOYMENT**
Are you now employed? ☐ Yes ☒ No ☐ Am Self Employed
Name and address of employer: —
IF YES, how much do you earn per month? $ —
IF NO, give month and year of last employment —
How much did you earn per month $ —
If married is your Spouse employed? ☐ Yes ☒ No
IF YES, how much does your Spouse earn per month $ —
If a minor under age 21, what is your Parents or Guardian's approximate monthly income $ —

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☒ Yes ☐ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES
RECEIVED: $12,000   SOURCES: Yankee Fleet Inc Gloucester MA

**CASH**
Have you any cash on hand or money in savings or checking account ☐ Yes ☒ No   IF YES, state total amount $ —

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No
IF YES, GIVE VALUE AND DESCRIBE IT: VALUE $ —   DESCRIPTION —

### OBLIGATIONS & DEBTS

**DEPENDENTS**
MARITAL STATUS: ☒ SINGLE ☐ MARRIED ☐ WIDOWED ☐ SEPARATED OR DIVORCED
Total No. of Dependents: 1
List persons you actually support and your relationship to them: **SELF**

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| Creditors | Total Debt | Monthly Payt. |
|---|---|---|
| APARTMENT OR HOME: | $ | $ |
|  | $ | $ |
|  | $ | $ |
|  | $ | $ |

I certify the above to be correct.

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED): /s/ Archibald MacLeod, Jr.
Date: 7/23/04