AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF Massachusetts

UNITED STATES OF AMERICA

v.

ARCHIBALD F. MACLEOD, JR.

**WARRANT FOR ARREST**

CASE NUMBER: 04-1809-CBS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    Archibald F. MacLeod, Jr.
                                                    Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)
conspiracy to distribute, and distribution of, oxycodone, a Schedule II controlled substance

in violation of Title    21    United States Code, Section(s)  846 and 841(a)(1)

Charles B. Swartwood III                  US magistrate Judge
Name of Issuing Officer                    Title of Issuing Officer

[signature]                                6-29-04    Boston, MA
Signature of Issuing Officer               Date and Location

Bail fixed at $ _____          by _____
                                            Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at Palm Beach, Florida

WARRANT EXECUTED BY
BY ARREST/ARRAIGNMENT OF THE
DEFENDANT ON 7/12/04

DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER

DATE OF ARREST
7/12/04

This form was electronically produced by Elite Federal Forms, Inc.